UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID ALAN SPEERS, M.D., DECEASED
BY: MICHAEL SPEERS AND BETHANI
SPEERS-VANDERAH, CO-PERSONAL
REPRESENTATIVES OF THE ESTATE OF
DAVID ALAN SPEERS, M.D., DECEASED,

      Plaintiff,

v.

COUNTY OF BERRIEN, SHERIFF PAUL HON.
BAILEY, DEPUTY SERGEANT ERIC L. HYUN,
WHO WAS ON INFORMATION AND BELIEF
DAY SHIFT COMMANDER OF AUGUST 22, 2002,
DEPUTY LT. EDWARD KNAPP, DEPUTY KEVIN
M. TIERNEY, DEPUTY PERRY A. BUNDY, DEPUTY
BARRY D. OLIVER, DEPUTY BUDDY CHAPMAN,
DEPUTY DONALD MANGOLD, SPECIAL DEPUTY
MARK HAUEISEN, R.N., SPECIAL DEPUTY PAT
BROWN, AND SPECIAL DEPUTY & BERRIEN
COUNTY MEDICAL EXAMINER, ROBERT CLARK,
jointly and severally,

      Defendants.

_____/

Case No. 4:04-cv-0032

HON. DAVID W. McKEAGUE[1]

**ORDER**

In accordance with the Court's Opinion of even date,

**IT IS HEREBY ORDERED** that defendant County's motion for summary judgment is

**GRANTED** on plaintiff's Count I claims regarding unconstitutional *de facto* policies at the Berrien

County Jail ("Jail"). Accordingly, plaintiff's Count I claims regarding any unconstitutional policies

---

[1] The Honorable David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.

at the Jail are **DISMISSED**.

**IT IS FURTHER ORDERED** that defendant County's motion for summary judgment is **DENIED** on plaintiff's Count I claims regarding the County's failure to train its deputies.

**IT IS FURTHER ORDERED** that defendant County's motion for summary judgment is **GRANTED** on plaintiff's Count II gross negligence claim. Accordingly, plaintiff's claim in Count II against the County is **DISMISSED**.

**IT IS FURTHER ORDERED** that defendant County's motion for summary judgment is **GRANTED** on plaintiff's Count III illegal detention claim. Accordingly, plaintiff's claim in Count III against the County is **DISMISSED**.

**IT IS FURTHER ORDERED** that defendant Sheriff Bailey's motion for summary judgment is **GRANTED** on plaintiff's claims in Count I, II and III, brought against Sheriff Bailey in his individual capacity. Accordingly, plaintiff's claims in Counts I, II and III, brought against Sheriff Bailey in his individual capacity are **DISMISSED**.

**IT IS FURTHER ORDERED** that the individual defendants' motion for summary judgment is **DENIED** on Counts I, II and III.

Dated: July 21 , 2005            /s/ David W. McKeague
                                 DAVID W. McKEAGUE
                                 UNITED STATES CIRCUIT JUDGE